IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19-CR-23 |
| vs. | ORDER |
| THOMAS NEWLAND, | |
| Defendant. | |

The defendant has filed a motion to appoint counsel (filing 51) alleging that he needs rehabilitation and is not being provided with it at USP Leavenworth. Those issues seem to relate to prison conditions.[1] As such, the proper venue to raise them is the district in which the defendant is confined. See *DeSimone v. Lacy*, 805 F.2d 321, 323 (8th Cir. 1986). Accordingly, the Court will deny the defendant's motion without prejudice to reassertion in the U.S. District Court for the District of Kansas.[2]

IT IS ORDERED:

1. The defendant's motion to appoint counsel (filing 51) is denied.

2. The Clerk of the Court is directed to provide the defendant a copy of this order along with a copy of form Pro Se 14 and form AO 240.

Dated this 10th day of April, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

---

[1] To the extent the defendant may be seeking to pursue a motion for compassionate release, the Court finds no basis to appoint counsel at this point, for the reasons stated in filing 49.

[2] Robert J. Dole Courthouse, 500 State Ave, Kansas City, KS 66101.